NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYRONE LASTER, DOC #473169,       )
                                  )
            Appellant,            )
                                  )
v.                                )       Case No. 2D17-2156
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____ )

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Matthew J. Wells, Law Office of Matthew J.
Wells, Tampa, for Appellant.

Tyrone Laster, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

            Affirmed.


KHOUZAM, C.J., and LUCAS, and BADALAMENTI, JJ., Concur.